**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ernesto SANTANA–MORALES, a.k.a.**
**Ernesto Morales, a.k.a. Jose Ortiz,**
**Defendant–Appellant.**

**No. 11–50173.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2012.*

Filed March 9, 2012.

Meghan A. Blanco, Assistant U.S. Attorney, Michael J. Raphael, Esquire, AUSA–

Office of U.S. Attorney Los Angeles, CA, for Plaintiff–Appellee.

Mark Eibert, Esquire, Half Moon Bay, CA, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Ernesto Santana–Morales appeals from the 77–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Santana–Morales contends that his sentence is substantively unreasonable, because the district court did not depart based on his fast-track guilty plea, cultural assimilation, and the need to avoid unwarranted sentencing disparities. In light of Santana–Morales's extensive criminal history and the need to provide adequate deterrence, Santana–Morales's low-end Guideline sentence is substantively reasonable. *See* 18 U.S.C. § 3553(a); U.S.S.G. § 2L1.2 cmt. n. 8; *Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.